**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YIGAL MESIKA, an individual, | Case No.: 2:21-cv-02262-JAM-JDP |
| *Plaintiff/Counter-Defendant*, | **ORDER GRANTING JOINT STIPULATION TO FILE THE AMENDED ANSWER AND COUNTERCLAIMS AND EXTEND TIME FOR PLAINTIFF TO RESPOND** |
| v. | |
| MURPHY'S MAGIC SUPPLIES, INC., a California corporation; and DOES 1-10, inclusive | |
| | Judge: Hon. John A. Mendez |
| *Defendants/Counterclaimants*. | |

ORDER GRANTING STIPULATION TO FILE AND EXTEND TIME - 1

1 | Before the Court is the Parties' Joint Stipulation to File the Amended Answer and
2 | Counterclaims and Extend Time for Plaintiff to Respond. The Parties stipulate that
3 | Defendant may file the Amended Answer and Counterclaims on February 2, 2022, and
4 | that Plaintiff shall have up to and including February 23, 2022, to respond.

5 | The Court hereby **GRANTS** the Parties' Joint Stipulation to File the Amended
6 | Answer and Counterclaims and Extend Time for Plaintiff to Respond.

7 | **IT IS SO ORDERED.**

9 | DATED: February 3, 2022         /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
10|                                 UNITED STATES DISTRICT COURT JUDGE