Frederic M. Douglas (Calif. State Bar # 212778)
Attorney At Law
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
Tel: (949) 293-0442
Fax: (949) 203-8768
fdouglas@cox.net

Attorney for Plaintiff
YIGAL MESIKA

# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIGAL MESIKA, an individual,<br><br>　　Plaintiff/Counter-Defendant,<br><br>vs.<br><br>MURPHY'S MAGIC SUPPLIES, a California corporation; and DOES 1-10, inclusive,<br><br>　　Defendants/Counterclaimants. | Case No.: 2:21-cv-02262-KJM-JDP<br><br>**ORDER ON JOINT STIPULATION FOR SCHEDULE CHANGE AS TO CERTAIN DEADLINES**<br><br>**Initial Complaint Filed: Dec. 9, 2021**<br>**Trial: Not Set Yet**<br>**DEMAND FOR JURY TRIAL**<br><br>**Judge: Kimberly J. Mueller**<br>**Courtroom Three, 15th Floor**<br>**501 I Street**<br>**Sacramento, California 95814** |

RELATED COUNTERCLAIMS

　　The Parties filed their Stipulation for Schedule Change as to Certain Deadlines ("Stipulation") with the Court, seeking an adjustment to dates for contentions and claim construction briefing. For good cause shown,

The Parties' Stipulation is GRANTED.

The adjusted deadlines are now set as stated in Parties' Exhibit A attached to this order.

DATED:  August 18, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

# EXHIBIT A
## PROPOSED REVISED SCHEDULE OF PRETRIAL DATES

CASE NAME: *YIGAL MESIKA. v. MURPHY'S MAGIC SUPPLIES*

CASE NO. 2:21-cv-02262-KJM-JDP

| Event | Previous Deadline | Court |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions (14 days after Scheduling Conference) | Thursday, June 16, 2022 | Thursday, August 25, 2022 |
| Document Production Accompanying Disclosure per N.D. CA Patent Rule 3-2 | Thursday, June 16, 2022 | Thursday, August 25, 2022 |
| Invalidity Contentions (45 days after infringement contentions) | Monday, August 1, 2022 | October 13, 2022 |

| | | |
|---|---|---|
| Document Production Accompanying Disclosure per N.D. CA Patent Rule 3-4 | Monday, August 1, 2022 | October 13, 2022 |
| Exchange of Proposed Terms for Construction (14 days after invalidity contentions) | Tuesday, August 16, 2022 | October 27, 2022 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (21 days after exchange of proposed terms for construction) | Tuesday, September 6, 2022 | November 17, 2022 |

1

| Damages Contention (50 days after invalidity contentions) | Wednesday, September 21, 2022 | December 5, 2022 |
| --- | --- | --- |
| Joint Claim Construction and Prehearing Statement and Expert Reports relating to claim construction | Friday, September 30, 2022 | December 12, 2022 |
| Responsive Damages Contention (30 days after initial damages contentions) | Friday, October 21, 2022 | January 6, 2023 |
| Claim Construction Discovery Cutoff (30 days after joint claim construction statement) | Monday, October 31, 2022 | January 12, 2023 |

2

| Opening Construction Brief | Monday, November 14, 2022 | January 26, 2023 |
|---|---|---|
| Responsive Claim Construction Brief | Monday, December 5, 2022 | February 16, 2023 |
| Reply Claim Construction Brief | Monday, December 19, 2022 | March 2, 2023 |
| Claim construction hearing | Friday, January 13, 2023 | At Court's convenience (March 24, 2023) |
| Disclosure of opinions of counsel | 30 days after the date of the claim construction order | |
| Fact Discovery Cut Off (including hearing of discovery motions) | Friday, April 28, 2023 | |
| Last Day to Serve Initial Expert Reports | Friday, May 12, 2023 | |

| | | |
|---|---|---|
| Last Day to File Dispositive Motions (Except *Daubert* and all other Motions in Limine) | Friday, August 4, 2023 | |
| Last Day to Serve Rebuttal Expert Reports | Friday, June 23, 2023 | |
| Expert Discovery Cut Off | Friday, July 14, 2023 | |
| Pretrial Conference **(Thursday at 8:30 a.m.)** | Thursday, November 30, 2023 | |